IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISMAEL MOHAMMED, | : | No. 4:13-CV-0517 |
| Petitioner, | : | |
| v. | : | (Judge Brann) |
| WAYNE J. GAVIN and | : | (Magistrate Judge Blewitt) |
| PA STATE ATTORNEY GENERAL, | : | |
| Respondents. | : | |

**O R D E R**

May 13, 2013

The undersigned has given full and independent consideration to the March 12, 2013 report and recommendation of Magistrate Judge Thomas M. Blewitt. ECF No. 5. No objections have been filed.

Because this Court agrees with Judge Blewitt's recommendation that the action be transferred to the Eastern District of Pennsylvania, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's March 12, 2013 Report and Recommendation is ADOPTED in full. ECF No. 5.

2. The clerk is directed to transfer 4:13-CV-0517 to the Eastern District of Pennsylvania.

3. Initial screening of the petition and disposition of petitioner's motion to proceed *in forma pauperis* are deferred to the transferee court.

4. The clerk is directed to close the file.

        s/ Matthew W. Brann
        Matthew W. Brann
        United States District Judge